**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-2298**

_____

CARL WOMACK,

          Plaintiff - Appellant,

     v.

MERRIMON OXLEY, Guardian of the Estate/Lawyer,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:18-cv-00266-MR-DLH)

_____

Submitted: January 22, 2019          Decided: January 24, 2019

_____

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Carl Womack, Appellant Pro Se. Ann-Patton Hornthal, ROBERTS & STEVENS, PA, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Womack filed in the district court a civil action alleging claims under 42 U.S.C. § 1983 (2012) and 18 U.S.C. § 242 (2012). The district court sua sponte dismissed Womack's complaint, which was filed in forma pauperis, for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Womack v. Oxley*, No. 1:18-cv-00266-MR-DLH (W.D.N.C. Sept. 28, 2018). We modify the district court's judgment, though, to reflect that the dismissal be without prejudice because Womack was not given an opportunity to respond or amend his complaint before the court's sua sponte dismissal. *See Thomas v. Salvation Army S. Terr.*, 841 F.3d 632, 642 (4th Cir. 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*